UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:07-CR-61-1-F
No. 4:07-CR-61-2-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| JOY DALTON-ROBINSON | ) | |
| BASIL SYNCLAIR HARRIS, | ) | |
| Defendants, | | |

This matter is before the court for ruling on the Magistrate Judge's uncontested Memorandum and Recommendation ("M&R") [DE-24], filed December 14, 2007. Neither the defendants nor the Government filed any objections thereto.

The court has conducted a thorough *de novo* review of the record and, having done so, concludes that the M&R is correct and in accordance with the law. Accordingly, the M&R [DE-24] hereby is ADOPTED, except as to the date by which substitute counsel shall file their Notices of Appearance. It therefore is

ORDERED that the defendants Joy Dalton-Robinson and Basil Synclair Harris are DIRECTED to obtain separate legal counsel who shall file their Notices of Appearance herein by the close of business on **February 11, 2008.** Alternatively, if either or both defendants are unable to hire separate attorneys, they are DIRECTED immediately to contact their Supervising Pretrial Officers and to prepare separate CJA-23 forms seeking *in forma pauperis* status and appointment of counsel.

In order to permit the defendants to obtain separate substitute counsel, and for adequate time for such counsel to prepare for trial, the arraignment and trial of the above-captioned cases is CONTINUED until this court's **March 24, 2008**, term of court in Wilmington, North Carolina. This action is necessary in the interests of justice, which outweigh

the interest of the defendants and the public in a speedy trial. The period of delay occasioned by this order shall be excluded from the calculation of the defendants' speedy trial time. 18 U.S.C. § 3161(h).

SO ORDERED.

This the 27th day of December, 2007.

JAMES C. FOX
Senior United States District Judge

2